453 A.2d 957

**Samuel LOSITO, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 26, 1982.

Decided Dec. 30, 1982.

John A. Wetzel, Philadelphia, for appellant.

Charles Hasson, Asst. Atty. Gen., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER OF THE COURT

PER CURIAM.

Appeal dismissed as improvidently granted, 52 Pa.Cmwlth. 446, 415 A.2d 1279.